UNITED STATES DISTRICT COURT

Southern District of California

| | |
|---|---|
| **ROY R. PATTERSON**, an individual, and **BEVERLY A. PATTERSON,** an individual<br><br>    Plaintiffs,<br><br>    vs.<br>**LATIMER LEVAY JURASEK LLC**, an Illinois Limited Liability Company,<br><br>    Defendant. | Case No.: 09 CV0567 IEG POR<br><br>**ORDER REGARDING DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[Doc. Nos. 16; 18]** |

The Court, having reviewed the parties' Joint Stipulation for Dismissal, and being satisfied therewith, hereby orders as follows:

The entire above-captioned Action is hereby DISMISSED, in its entirety, WITH PREJUDICE.

**IT IS SO ORDERED.**

**Dated:  September 24, 2009**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**